DANIEL G. BOGDEN
United States Attorney
CRISTINA D. SILVA
Assistant United States Attorney
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
PHONE: (702) 388-6336
FAX:  (702) 388-6418

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:15-mj-00830-PAL |
| Plaintiff, | Stipulation to Continue the Preliminary Hearing (*Second Request*) |
| vs. | |
| NICHOLAS MICHAEL DARLEY, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between DANIEL G. BOGDEN, United States Attorney, and CRISTINA D. SILVA, Assistant United States Attorney, counsel for the United States of America, and JEFFREY S. POSIN, Counsel for the Defendant, that the preliminary hearing date in the above-captioned matter, currently scheduled for January 19, 2015, at 4:00 pm, be vacated and continued for forty-five (45) days, to a date and time to be set by this Honorable Court.

This stipulation is entered into for the following reasons:

1. The parties request a continuance of the preliminary hearing to finalize plea negotiations. The parties are working to resolve both the instant case and related a State of Nevada case, and anticipate a global resolution within the next 30 days.

2. The parties agree to the continuance.

3. The defendant is incarcerated and but does not object to the continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

5. The additional time requested herein is not sought for purposes of delay, but to allow for a possible pre-indictment resolution of the case.

6. The additional time requested by this stipulation, is allowed, with the defendant's consent under the Federal Rules of Procedure 5.1(d).

7. This is the <u>second</u> request for a continuation of the preliminary hearing.

DATED this 15th day of January, 2016.

                                  Respectfully submitted,
                                  DANIEL G. BOGDEN
                                  United States Attorney

//s//                                  //s//
JEFFREY POSIN, ESQ.                CRISTINA D. SILVA
Counsel for Defendant                Assistant United States Attorney
NICHOLAS M. DARLEY

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
### -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:15-mj-00830-PAL |
| Plaintiff, | |
| vs. | **ORDER** |
| NICHOLAS MICHAEL DARLEY, | |
| Defendant. | |

## ORDER

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. The parties request a continuance of the preliminary hearing to finalize plea negotiations. The parties are working to resolve both the instant case and related a State of Nevada case, and anticipate a global resolution within the next 30 days.

2. The parties agree to the continuance.

3. The defendant is incarcerated and but does not object to the continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

5. The additional time requested herein is not sought for purposes of delay, but to allow for a possible pre-indictment resolution of the case.

6. The additional time requested by this stipulation, is allowed, with the defendant's consent under the Federal Rules of Procedure 5.1(d).

7. This is the <u>second</u> request for a continuation of the preliminary hearing.

For all of the above-stated reasons, the ends of justice would best be served by a continuance of the preliminary hearing date.

## CONCLUSIONS OF LAW

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein to potential resolve the case prior to indictment, and further would deny the parties sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for the preliminary hearing, and possibly resolve the case prior to the preliminary hearing, taking into account the exercise of due diligence.

The continuance sought herein is allowed, with the defendant's consent, pursuant to Federal Rules of Procedure 5.1(d).

## ORDER

IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled for January 19, 2016, at the hour of 4:00 pm, be vacated and continued to March 14, 2016, at the hour of 4:00 p.m.

DATED this 19th day of January, 2016.

_____
THE HONORABLE PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE