Jeffrey S. Posin, Esq.
Nevada Bar No.: 6457
Amber P. Adams, Esq.
Nevada Bar No.: 12678
Posin Law Group, P.C.
8935 South Pecos Road, Suite 21A
Henderson, Nevada 89074
(702) 396-8888
Attorneys for Defendant
NICHOLAS MICHAEL DARLEY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | STIPULATION TO CONTINUE PRELIMINARY HEARING |
| Plaintiff, | |
| vs. | 2:15-mj-00830-PAL |
| NICHOLAS MICHAEL DARLEY, | |
| Defendant. | |

IT IS HEREBY STIPULATED and AGREED by and between CRISTINA D. SILVA, Assistant United States Attorney, and JEFFREY S. POSIN, attorney for Defendant, NICHOLAS MICHAEL DARLEY, that the Preliminary Hearing currently scheduled for Monday, March 14, 2016, at 4:00 p.m. shall be continued for forty-five (45) days or as soon thereafter as the Court deems appropriate.

This Stipulation is entered into for the following reasons:

1. The parties request a continuance of the Preliminary Hearing to finalize plea negotiations. The parties are working to resolve both the instant case and a related State of Nevada case, and anticipate a global resolution within the next thirty (30) days.

2. The parties agree to the continuance.

3. The Defendant is incarcerated but does not object to the continuance.

4. Additionally, a denial of this request for continuance could result in a miscarriage of justice.

5. The additional time requested herein is not sought for purposes of delay, but to allow for a possible pre-indictment resolution of this case.

6. The additional time requested by this stipulation is allowed with the Defendant's consent under the Federal Rules of Procedure 5.1(d).

7. This is the third request for continuation of the Preliminary Hearing.

DATED this 11th day of March, 2016.

/s/Cristina D. Silva
CRISTINA D. SILVA, ESQ.
Assistant United States Attorney


/s/Jeffrey S. Posin
JEFFREY POSIN, ESQ.
Counsel for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ORDER TO CONTINUE PRELIMINARY <br> ) HEARING |
| vs. | ) |
| NICHOLAS MICHAEL DARLEY, | ) 2:15-mj-00830-PAL |
| Defendant. | ) |

Based on the pending Stipulation of counsel and good cause appearing therefore, the Court finds that:

1. The parties request a continuance of the Preliminary Hearing to finalize plea negotiations. The parties are working to resolve both the instant case and a related State of Nevada case, and anticipate a global resolution within the next thirty (30) days.

2. The parties agree to the continuance.

3. The Defendant is incarcerated but does not object to the continuance.

4. Additionally, a denial of this request for continuance could result in a miscarriage of justice.

5. The additional time requested herein is not sought for purposes of delay, but to allow for a possible pre-indictment resolution of this case.

6. The additional time requested by this stipulation is allowed with the Defendant's consent under the Federal Rules of Procedure 5.1(d).

7. This is the <u>third</u> request for continuation of the Preliminary Hearing.

For all of the above-stated reasons, the ends of justice would best be served by a continuance of the Preliminary Hearing date.

**CONCLUSIONS OF LAW**

The ends of justice served by granting said continuance outweigh the best interest of the public and the Defendant, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein to potentially resolve the case prior to indictment, and further would deny the parties sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for the Preliminary Hearing, and possibly resolve the case prior to the Preliminary Hearing, taking into account the exercise of due diligence.

The continuance sought herein is allowed, with the Defendant's consent, pursuant to Federal Rules of Procedure 5.1(d).

**ORDER**

IT IS THEREFORE ORDERED that the Preliminary Hearing currently schedule for March 14, 2016, at 4:00 p.m., be vacated and continued to ____April 29____, 2016, at ____4:00____ p.m.

DATED this 16th day of March, 2016.

_____
THE HONORABLE PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

2